**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**RAUL LEON,**

**Plaintiff,**

**- against -**

**2541 E. TREMONT AVE AUTO, LLC,**

**Defendant.**

**26-cv-05286 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The response to the complaint was due July 22, 2026. No response has been filed. The time to respond to the complaint is extended to **September 10, 2026.** If the defendant fails to answer or move to dismiss the complaint by that date, the plaintiff should file an order to show cause for a default judgment by September 21, 2026. The initial conference presently scheduled for September 24, 2026 is canceled. The plaintiff is directed to serve this Order on the defendant and to file proof of service on the docket by **September 3, 2026.**

**SO ORDERED.**

**Dated: New York, New York**
**August 28, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**