UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAUL LEON,

Plaintiff,

- against -

2541 E. TREMONT AVE AUTO, LLC,

Defendant.

26-cv-05286 (JGK)

Order

John G. Koeltl, District Judge:

The parties are directed to submit a Rule 26(f) report by **October 2, 2026.**

SO ORDERED.

Dated: New York, New York
September 18, 2026

John G. Koeltl
United States District Judge