UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAUL LEON,
Plaintiff(s)

26 civ 5286 (JGK)

-against-

2541 E. TREMONT AVE AUTO LLC,
Defendant(s).
------------------------------------------------------------X

**ORDER**

The conference scheduled for Tuesday, November 10, 2026, at 3:30pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
November 4, 2026